UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TERRYLYN MCCAIN,                    )
              Appellant                    )          No. 14-7016 September Term, 2013
                       )
     v.                    )          Case: 1:13-cv-01418 (BAH)
                       )
BANK OF AMERICA, NA, ET AL.         )
                       )
            Appellees.                    )

**APPELLEE THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN JOAQUIN'S RESPONSE TO COURT'S ORDER OF AUGUST 27, 2014**

    COMES NOW the Defendant/Appellee, The Superior Court of the State of California, County of San Joaquin, and in response to the Court's Order that the Appellees show cause why they should not be limited to one joint brief not to exceed 14,000 words, states that this Appellee has no objection to the filing of a joint brief.

                                  Respectfully submitted,

                                  The Superior Court of the State of
                                  California, County of San Joaquin
                                  By Counsel

_/s/ Stephen A. Horvath_____
Stephen A. Horvath, Esq.
District of Columbia Bar No. 417137
Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)
*Counsel for Defendant/Appellee, The Superior Court of the State of California, County of San Joaquin*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2014, a true and exact copy of the foregoing Defendant/Appellee, The Superior Court of the State of California, County of San Joaquin's Response to Court's Order of August 27, 2014 was mailed by first class mail, postage prepaid to:

Terralyn McCain
4719 Quail Lakes Drive
Suite G #352
Stockton, California 95207
*Pro se* Plaintiff

Thomas R. Lynch, Esq.
BRADLEY ARANT BOULT
      CUMMINGS, LLP
1615 L Street, NW
Suite 1350
Washington, DC 20036
*Counsel for Bank of America, NA and*
      *Recontrust Company, NA and*
      *Bank of New York Mellon*

Joseph P. Esposito, Esq.
HUNTON & WILLIAMS, LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
*Counsel for Vanzetti Properties, LP and*
      *John Vanzetti and Steve Vanzetti*
      *and Anthony Ghio*

Aaron W. Knights, Esq.
KALBIAN HAGERTY, LLP
888 17th Street, NW
Washington, DC 20006
*Counsel for Steve Moore and San Joaquin*
      *County Sheriff's Office*

___/s/ Stephen A. Horvath_____
Stephen A. Horvath, Esq.